**2007–0554.   Collins v. Lyons.**

Erie App. No. E–07–006, 2007-Ohio-745. Reported at 114 Ohio St.3d 1406, 2007-Ohio-2632, 867 N.E.2d 841. On motion for reconsideration. Motion denied on the basis of mootness.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## July 26, 2007

[Cite as *07/26/2007 Case Announcements*, 2007-Ohio-3757.]

## MOTION AND PROCEDURAL RULINGS

**1991–0963.   State v. Carter.**

Hamilton App. No. C–890513. On June 19, 2007, this court issued an order to facilitate the timely consideration of any matters relating to the execution of appellant's sentence, which was scheduled to be carried into execution on Tuesday, July 10, 2007.

On July 10, 2007, the death warrant in this case expired under stay of the United States District Court for the Southern District of Ohio. Accordingly, it is ordered that the requirements imposed by the court's June 19, 2007, order are hereby lifted.

It is further ordered that the filing and service of documents in this case shall be as required by the Rules of Practice of the Supreme Court of Ohio.

**2007–1261.   State v. Ketterer.**

Butler C.P. No. CR2003–03–0309. This cause is here as a death penalty appeal of right from the Court of Common Pleas for Butler County. It is ordered by the court, sua sponte, that the briefing in this case shall proceed as follows:

- Appellant shall file a merit brief within 40 days from the date the Clerk files the record from the trial court; the brief shall not exceed 50 numbered pages, exclusive of the table of contents, the table of authorities cited, and the appendix.
- Appellee shall file a merit brief within 30 days after the filing of appellant's brief; the brief shall not exceed 50 numbered pages, exclusive of the table of contents, the table of authorities cited, and any appendix.
- Appellant may file a reply brief within 20 days after the filing of appellee's brief; the brief shall not exceed 20 numbered pages, exclusive of the table of contents, the table of authorities cited, and any appendix.